Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK MAURICE JACKSON, AMANDA MATTESON LEENHOUTS and TIFFANY JOHNSON,<br><br>Defendants. | NO. 2:25-cr-00043-RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE |

This Court has considered all the representations made regarding the need for a continuance of the trial date, and having conducted a hearing on this case during which Defendants Derrick Maurice Jackson, Amanda Matteson Leenhouts, and Tiffany Johnson were present and orally waived their right to a speedy trial,

THE COURT FINDS, taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsels' need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 1
*United States v. Jackson, et al.* / 2:25-cr-00043-RAJ

UNITED STATES ATTORNEY
1201 Pacific Ave., Suite 700
Tacoma, Washington 98402
(253) 428-3800

THE COURT FURTHER FINDS that failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS the additional time requested is a reasonable period of delay as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses.

THE COURT FURTHER FINDS the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

THE COURT FURTHER FINDS that the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsels' schedule and all the facts set forth above.

IT IS THEREFORE ORDERED that the United States has until February 23, 2026, to provide notice of expert testimony that it intends to use in its case in chief, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(i).

IT IS FURTHER ORDERED that the defense has until March 9, 2026, to provide notice of expert testimony that it intends to use in its case in chief, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).

IT IS FURTHER ORDERED that the United States has until March 16, 2026, to provide notice of expert testimony that it intends to use in rebuttal to counter expert testimony that the defense has disclosed, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(i).

IT IS FURTHER ORDERED that the trial date is continued to April 13, 2026. All pretrial motions, including motions in limine, shall be filed no later than February 23, 2026.

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 2
*United States v. Jackson, et al.* / 2:25-cr-00043-RAJ

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  IT IS FURTHER ORDERED that the period of delay from the date of this Order up to and including the new trial date of April 13, 2026, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A).

DATED this 2nd day of July, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 3
*United States v. Jackson, et al.* / 2:25-cr-00043-RAJ

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800