UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK MAURICE JACKSON, *et al.*,<br><br>Defendants. | NO. 2:25-cr-00043-RAJ<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for a Protective Order to Restrain Certain Forfeitable Property (the "Motion"), seeking authorization pursuant to 21 U.S.C. § 853(e)(1)(A) for the continued restraint of the following property (collectively, the "Subject Property"):

1. The following property seized on or about February 28, 2025, from the residence of Defendants Derrick Maurice Jackson and Amanda Matteson Leenhouts, at 13208 SE 307th Ave, Auburn, Washington:

   a. One Glock 27, .40 caliber pistol, and any associated ammunition (the "Glock Pistol");

   b. Assorted rounds of .40 caliber ammunition;

   c. $4,800 in U.S. currency;

PROTECTIVE ORDER RESTRAINING
CERTAIN FORFEITABLE PROPERTY - 1
*United States v. Jackson, et al.,* 2:25-cr-00043-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   d.   $18,000 in U.S. currency;

2   e.   $1,804 in U.S. currency;

3   f.   One Rolex watch, with a value of approximately $39,000; and

4   g.   Assorted jewelry, with a value of approximately $42,400, further

5        described as:

6        i.    One necklace with pendant;

7        ii.   Two diamond rings;

8        iii.  One diamond bracelet;

9        iv.   One "D Jackson" pendant;

10       v.    One "Kent the world is mine" pendant;

11       vi.   One diamond chain necklace;

12       vii.  One plain chain necklace;

13       viii. One "D Jackson necklace; and

14       ix.   One "D Jack" three finger ring; and

15   2.  The following property seized or about February 28, 2025, from the

16       residence of Defendants Derrick Maurice Jackson and Tiffany Johnson, at

17       30236 SE 125th Ct St, Auburn, Washington:

18   a.  One Keltec PF-9, 9mm handgun, and any associated ammunition

19       (the "Keltec Handgun").

20   The Court, having reviewed the papers and pleadings filed in this matter, including

21 the United States' Motion and the supporting Declaration of Bureau of Alcohol, Tobacco,

22 Firearms, and Explosives (ATF) Special Agent Brian Arnold hereby FINDS entry of a

23 protective order authorizing the government's continued restraint of the Subject Property

24 is appropriate for the following reasons:

25   •    The United States gave notice of its intent to pursue forfeiture of the

26        Subject Property in the Indictment, Superseding Indictment, and Forfeiture

27        Bill of Particulars. Dkt. Nos. 1, 12, 62;

PROTECTIVE ORDER RESTRAINING
CERTAIN FORFEITABLE PROPERTY - 2
*United States v. Jackson, et al.*, 2:25-cr-00043-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Based on the facts set forth in the Declaration of SA Arnold, there is probable cause to believe that, upon the conviction of Defendants Jackson, Leenhouts, and Johnson of *Conspiracy to Distribute Controlled Substances,* in violation of 21 U.S.C. §§ 841(a)(1) and 846 (Count 1 of the Superseding Indictment), *Possession of Controlled Substances with Intent to Distribute*, in violation of 21 U.S.C. §841(a)(1) (Count 2), and *Distribution of a Controlled Substance*, in violation of 21 U.S.C. § 841(a)(1) (Counts 4-6), the Subject Property may be subject to forfeiture, pursuant to 21 U.S.C. § 853, as proceeds and/or facilitating property;

- Based on the facts set forth in the Declaration of SA Arnold, there is probable cause to believe that, upon the Jackson's conviction of *Possession of a Firearm in Furtherance of a Drug Trafficking Crime*, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count 3), the Glock Pistol and any association ammunition may be subject to forfeiture, pursuant to 18 U.S.C. § 924(d), by means of 28 U.S.C. § 2461(c); and,

- To ensure the Subject Property remains available for forfeiture, its continued restraint pursuant to 21 U.S.C. § 853(e)(1) is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Property pending the conclusion of this case is GRANTED; and,

2. The Property shall remain in the custody of the United States and/or its

///
///
///

PROTECTIVE ORDER RESTRAINING
CERTAIN FORFEITABLE PROPERTY - 3
*United States v. Jackson, et al.,* 2:25-cr-00043-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  authorized agents or representatives pending the conclusion of this criminal case, to
2  include any ancillary forfeiture proceedings, and/or further order of the Court.

4  IT IS SO ORDERED.

6  DATED this 29th day of August, 2025.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

PROTECTIVE ORDER RESTRAINING
CERTAIN FORFEITABLE PROPERTY - 4
*United States v. Jackson, et al.,* 2:25-cr-00043-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970